United States District Court
Southern District of Texas
**ENTERED**
September 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANE TERRELL, <br> TDCJ # 02072893, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-1031 |
| BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice - <br> Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons stated in the memorandum opinion and order entered this day, Respondent's motion for summary judgment (Dkt. 16) is **GRANTED**. The petition for habeas corpus filed by Shane Terrell is **DISMISSED** with prejudice as time-barred. A certificate of appealability is **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, this 30th day of September, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE